**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

| | | |
|---|---|---|
| **MICHAEL ASAMOAH,** | : | |
| | : | |
| Plaintiff, | : | Case No. 2:21-cv-00003 |
| | : | |
| v. | : | Chief Judge Algenon L. Marbley |
| | : | |
| **AMAZON.COM SERVICES, INC.,** | : | Magistrate Judge Elizabeth P. Deavers |
| | : | |
| Defendant. | : | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED that pursuant to the February 20, 2024 Opinion and Order, the Court GRANTED the Defendant's Motion to Dismiss. This case is DISMISSED WITH PREJUDICE under Rule 41(b) for failure to prosecute and under Rule 37(b)(2)(A) for failure to comply with orders of this Court.

**Date: February 20, 2024**          Richard W. Nagel, Clerk

                                                            s/Diane M. Stash
                                        Diane M. Stash/Deputy Clerk